IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **United States of America,** | ) | **No. 3:06-mj-00048-JDR** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Affidavit of** |
| | ) | **Steven M. Rosenberg** |
| **Juan Ruiz-Cervantes,** | ) | |
| **a.k.a. Priciliano Ruiz** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

I, Steven M. Rosenberg, am a Senior Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement [ICE], currently employed in the Anchorage, Alaska field office. I have been assigned as case agent in the matter of Juan Ruiz-Cervantes, and in that capacity declare as follows:

1. I have been a Special Agent with the United States Department of Justice, Immigration and Naturalization Service [INS], and as of March 01, 2003, with ICE, for approximately ten years. My primary investigative assignment has been the investigation of immigration and customs related matters. I have been involved in numerous immigration and customs cases either as a participating investigator or as a case agent. I have received Basic Immigration Officer Training, Journeyman Special Agent Training, and Special Agent Refresher Training.

2. Any facts or circumstances that are cited in this affidavit are familiar to me through my direct participation in this investigation and as related to me by other law enforcement officers pertaining to this investigation.

3. This affidavit is made in support of a criminal complaint charging Juan Ruiz-Cervantes with:

   Violation of Title 18, United States Code, Section 1546(a), which makes it unlawful for whoever knowingly uses, attempts to use, possesses, obtains, accepts, or receives any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be

1

forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; and,

violation of Title 42 United States Code, Section 408(a)(7)(B), which makes it unlawful for whoever acts with intent to deceive, or falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the Social Security account number assigned by the Commissioner of Social Security to him or to such other person.

4. On January 24, 2006, a representative of the Alaska Department of Labor [DOL] contacted the Anchorage ICE office telephonically and stated that a man identified as Priciliano Ruiz (later identified as Juan Ruiz-Cervantes) was attempting to find employment with Alaska Leader Fisheries. The DOL representative further stated that during the course of the application process, Mr. Ruiz-Cervantes presented an alien registration receipt card (Form I-551) and a Social Security card, both bearing the identity of Priciliano Ruiz. Based on previous instruction provided by ICE agents, the DOL representative believed that both of the documents presented by Mr. Ruiz-Cervantes were counterfeit. The DOL representative indicated that Mr. Ruiz-Cervantes would likely return the following day to resume the application process.

5. At 0915 hours, on January 25, 2006, The DOL representative contacted the Anchorage ICE office and stated that Mr. Ruiz-Cervantes was present at the DOL office at 3301 Eagle Street in Anchorage. ICE Special Agents made contact with Mr. Ruiz-Cervantes at the DOL office at approximately 0930 hours. Mr. Ruiz-Cervantes was asked for his identification, at which time he presented the counterfeit Form I-551 (alien registration number ███████) and counterfeit Social Security card (5██████ identifying him as Priciliano Ruiz. Mr. Ruiz-Cervantes was also found to be in possession of a an Alaska identification card identifying him as Priciliano Ruiz, as well as a Mexican consular identification card that identified him as Juan Ruiz-Cervantes. Mr. Ruiz-Cervantes was taken into ICE custody and transported to the Anchorage ICE office.

6. On January 30, 2006, a certified copy of the Application for Alaska Driver License, Permit or Identification Card that Mr. Ruiz-Cervantes had submitted to the Alaska Division of Motor Vehicles [DMV] for the issuance the Alaska identification card that identified him as Priciliano Ruiz was obtained by ICE. That application, which was submitted on January 18, 2006, revealed that Mr. Ruiz-Cervantes presented, as proof of identification, an alien registration receipt card [Form I-551] and a Social Security card. Mr. Ruiz-Cervantes completed the application by indicating that his full legal name was Priciliano E. Ruiz.

7. Once at the Anchorage ICE office, Mr. Ruiz-Cervantes was interviewed about his immigration status and presence in the United States. Mr. Ruiz-Cervantes stated

2

that he last entered the United States near San Ysidro, California on or about June 07, 2000, without being inspected by an Immigration or Customs Officer. Mr. Ruiz-Cervantes was then served a Notice to Appear [for an immigration removal hearing].

8. A search through ICE indices revealed that alien number A34 599 574 was, in fact, issued to a man named Priciliano Ruiz-Lopez. Furthermore, after consulting with Special Agent Judy Harris of the Social Security Administration's Office of Inspector General, it was discovered that the Social Security number was issued to Priciliano Ruiz-Lopez as well. According to ICE indices, Mr. Ruiz-Lopez was a naturalized United States citizen as of April 20, 2000. A request was made to U.S. Citizenship and Immigration Services (CIS) in Los Angeles, California to send Mr. Ruiz-Lopez's alien file was to the Anchorage ICE office in order to positively rule out the possibility of the two identities in question as being one in the same.

9. On March 1, 2006, Mr. Ruiz-Lopez's alien file (A34 599 574) arrived at the Anchorage ICE office. While a photograph of Mr. Ruiz-Lopez taken from the file appeared to establish that he and Mr. Ruiz-Cervantes were not the same individual, the Criminal Records and Identification Bureau of the Alaska Department of Public Safety (DPS) was contacted so that a comparison of fingerprints from both individuals could be completed. On March 02, 2006, sets of fingerprints from both men were taken to the DPS for comparison. Automated Fingerprint Identification System [AFIS] Operator J.S. confirmed that each set of fingerprints belonged to separate individuals.

10. Based upon these events, there is reasonable cause to believe that Juan Ruiz-Cervantes did knowingly possess, attempt to use, and use an alien registration receipt card knowing it to be forged, counterfeited, or falsely made on January 18, 2006, January 24, 2006, and on January 25, 2006, in violation of Title 8, United States Code, Section 1546(a); and that Mr. Ruiz-Cervantes did act with intent to deceive, or falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the Social Security account number assigned by the Commissioner of Social Security to him or to such other person on January 18, 2006, January 24, 2006 and on January 25, 2006, in violation of Title 42 United States Code, Section 408(a)(7)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ STEVEN M. ROSENBERG
Steven M. Rosenberg
Senior Special Agent
U.S. Immigration and Customs Enforcement

SUBSCRIBED AND SWORN TO before me this 3rd day of March, 2006, at Anchorage, Alaska.

/s/ John D. Roberts (Seal Affixed)
JOHN D. ROBERTS
United States Magistrate Judge