MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>JUAN RUIZ-CERVANTES</u>   CASE NO. <u>3:06-mj-00048-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER: <u>APRIL KARPER</u>

UNITED STATES ATTORNEY: <u>TODD MIKOLOP</u>

DEFENDANT'S ATTORNEY: <u>MICHAEL DIENI - APPOINTED</u>

U.S.P.O.: <u>PAULA MCCORMICK</u>

INTERPRETER: <u>ESTELA MOLL</u>   (SPANISH)
<u>X</u> Telephonic Appearance                    (Language)

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD MARCH 8, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:01 a.m. court convened.

<u>X</u> Copy of Complaint given to defendant: read off record by interpreter.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Same as above.</u>

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Preliminary Hearing set for **March 15, 2006 at 3:30 p.m.**

<u>X</u> Detention not contested. Defendant detained.

<u>X</u> Order Of Detention Pending Trial **FILED.**

At 11:15 a.m. court adjourned.


DATE: <u>   March 8, 2006   </u>   DEPUTY CLERK'S INITIALS: <u>ak</u>