AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ALASKA _____

UNITED STATES OF AMERICA
V.
JUAN RUIZ-CERVANTES

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 3:06-mj-00048-JDR

I, _Juan Ruiz-Cervantes_, charged in a ☒ complaint ☐ petition pending in this District with _____

in violation of _18_, U.S.C., _1546_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_3/13/06_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant