DEBORAH M. SMITH
Acting United States Attorney

TODD S. MIKOLOP
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | UNLAWFUL ENTRY INTO THE |
| v. | ) | UNITED STATES |
| | ) | Vio. 8 U.S.C. § 1324(a) |
| JUAN RUIZ-CERVANTES, a.k.a. | ) | |
| PRICILIANO RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

**General Allegations**

  1.  The defendant, RUIZ-CERVANTES, is a Mexican national and therefore an alien in the United States.

  2.  On an unknown exact date, but on or about June 7, 2000, the defendant, RUIZ-CERVANTES, entered the United States at San Ysidro, CA, without inspection.

  3.  On January 25, 2006, the defendant, RUIZ-CERVANTES, was apprehended in Anchorage, Alaska, in the District of Alaska.

## APPLICABLE LAWS AND REGULATIONS OF THE UNITED STATES

4.  The Immigration and Nationality Act makes it unlawful for an alien to, among other things, enter or attempt to enter the United States at any time or place other than as designated by immigration officers or to elude examination or inspection by immigration officers, pursuant to Title 8, United States Code, Section 1325(a).

### COUNT 1

### UNLAWFUL ENTRY INTO THE UNITED STATES

5.  Paragraphs 1-4 of this information are re-alleged in their entirety and incorporated herein.

6.  On an unknown exact date but on or about June 7, 2000, in the United States, the defendant, RUIZ-CERVANTES, who was then and there an alien, did knowingly and unlawfully enter the United States from Mexico at a time and place which was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States and did knowingly elude examination and inspection by immigration officers, all of which ultimately led to his apprehension in Anchorage, Alaska, in the District of Alaska, on January 25, 2006.

All of which is in violation of Title 8, United States Code, Section 1325(a).

Dated:  March 17, 2006         Respectfully Submitted,

                               DEBORAH M. SMITH
                               UNITED STATES ATTORNEY

                               s/ Todd Mikolop
                               Special Assistant U.S. Attorney