IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. Juan Ruiz-Cervantes

CASE NO: 3:06-cr-00025-JDR

---

Defendant Juan Ruiz-Cervantes,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s).

____ Paid cash bail in the amount of _____ to the Clerk of Court.

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____ Surrendered passport to the Clerk of Court.

✓ Other: Sentenced to time served.
_____
_____

Dated at Anchorage, Alaska this 20th day of March, 20 06

REDACTED SIGNATURE
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal