MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JUAN RUIZ-CERVANTES        CASE NO. 3:06-cr-00025-JDR
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          TODD MIKOLOP

DEFENDANT'S ATTORNEY:            MICHAEL DIENI

U.S.P.O.:                        PAULA MCCORMICK

INTERPRETER:                     LENNE ROSEN-KABE   (SPANISH)
 X Telephonic Appearance                            (Language)

PROCEEDINGS: ARRAIGNMENT / IMPOSITION OF SENTENCE ON MISDEMEANOR
             INFORMATION HELD MARCH 20, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:40 a.m. court convened.

Court and counsel heard re scheduling issues.

 X Copy of Information given to defendant: read.

 X Defendant advised of general rights, charges, and penalties.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Consent to Proceed Before United States Magistrates Judge in a
   Misdemeanor Case **FILED**.

 X PLEAS: Not guilty to count 1 of the Information.

 X Court accepted plea.

 X Defendant waived preparation of Presentence Report.

 X Release Order **SIGNED.**

 X Notice of Appeal form given to defendant.

CONTINUED ON PAGE 2

DATE:      March 20, 2006          DEPUTY CLERK'S INITIALS:    ak

CONTINUATION - PAGE 2
U.S.A. vs. JUAN RUIZ-CERVANTES
3:06-cr-00025-JDR
ARRAIGNMENT / IMPOSITION OF SENTENCE ON MISDEMEANOR INFORMATION
March 20, 2006


 X  Sentence imposed as stated in the judgment.

 X  OTHER: Appeal rights given.

At 10:11 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

OFF RECORD NOTE: Arraignment/Sentencing previously ser for March 28, 2006 at 9:30 a.m. is **VACATED.**




DATE:      March 20, 2006          DEPUTY CLERK'S INITIALS:    ak